IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                        4:16-CR-00233-03-JM

ADAM BAILEY

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 622) is DENIED.

On April 5, 2014, Defendant pleaded guilty to distribution of methamphetamine.[1] He was sentenced to 117 months in prison.[2]

Defendant wants compassionate release because of his dad is in poor health. This not "extraordinary and compelling" reasons to warrant relief. Additionally, the relief is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense.

IT IS SO ORDERED, this 2nd day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 305, 306.

[2] Doc. Nos. 405, 523.